

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2015

No. 04-15-00229-CV

**IN RE SILVERLEAF RESORTS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
               Rebeca C. Martinez, Justice
               Luz Elena D. Chapa, Justice

Relator filed this petition for writ of mandamus on April 15, 2015. Relator has since filed an unopposed motion to dismiss the proceeding pursuant to the parties' settlement which fully resolved all claims and causes of action in the underlying dispute.

Relator's unopposed motion to dismiss this proceeding is GRANTED. This original mandamus proceeding is DISMISSED. Relator's previously filed motion for temporary relief is likewise DISMISSED AS MOOT. The court's opinion will issue at a later date.

It is so **ORDERED** on July 31, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2015.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-01846, styled *Meggan Perez, Valerie Perez, Mary F. Perez and Laurencio Perez, Individually v. Silverleaf Resorts – Hill Country Resort; The Underwood Group, Inc.; MZ Flooring & Painting; Longhorn Concrete Co.; Abel Perez and Maria Perez*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.